IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRA HAUTE DIVISION

| | | |
|---|---|---|
| DANNY NEES, | ) | |
| | ) | |
| Plaintiff | ) | Cause No.: 2:17-cv-00171 |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPAUW UNIVERSITY, | ) | |
| | ) | |
| Defendant | ) | |

COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, Danny Nees, by counsel and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1.  Plaintiff Danny Nees is a resident of Putnam County, State of Indiana who was formerly employed by the Defendant.

2.  Defendant, Depauw University (hereinafter referred to as "DePauw"), is an employer as defined by 29 U.S.C. § 626, *et. seq.*

3.  Mr. Nees invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331.

4.  Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5.  Mr. Nees is over the age of forty (40) and was employed as a facilities management janitor, and had been since 2005.

6.  Plaintiff at all relevant times met or exceeded the legitimate employment expectations of the Defendant.

7.  Prior to his termination, Plaintiff complained to management that coworkers on his team were taking unauthorized breaks and smoking on the campus.

8.  On or about July 8, 2016, Plaintiff was terminated, allegedly for inappropriate workplace behavior toward his colleagues.

9.  On or about September 2016, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("Charge Number 470-2017-00214") alleging violations of the Age Discrimination in Employment Act.

10.  On or about February 23, 2017, the Equal Employment Opportunity Commission issued Plaintiff a right to sue on Charge Number 470-2017-00214.

## COUNT I
## ADEA

11.  Plaintiff incorporates by reference paragraphs one (1) through ten (10) above.

12.  Plaintiff belongs to a protected class by way of his age.

13.  Defendant's decision to terminate Plaintiff was motivated by his age.

14.  Similarly situated employees outside the protected class were treated more favorably than Plaintiff.

15.  Defendant, DePauw University, willfully violated the Age Discrimination in Employment Act when it terminated Plaintiff.

16.  As a result of the foregoing, Plaintiff sustained damages including, but not limited to, lost wages, back pay, front pay, benefits, liquidated damages, costs and attorney fees.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of unpaid wages, liquidated damages, back pay, pre-judgment interest, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS & PAGE
625 N. Madison Avenue, Ste. A
Greenwood, Indiana  46142
(317) 885-0041
(888) 308-6503 Fax